## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ALLAN A. PETERSEN,**

       **Plaintiff,**

**v.**                                **CIVIL ACTION NO. 3:06-CV-00114**

**ANDURAY E. WHITE, V. FERNANDEZ,**
**L. LEESON, RODNEY BUCKLEW,**
**D. YOST, SUSAN S. MCCLINTOCK,**
**DOMINIC A. GUTIERREZ, SR.,**
**B. CALLAHAN, OFFICER KOVSCEK,**
**OFFICER R. TRYBUS, AND**
**OFFICER WILLIAM LAYHUE,**

       **Defendants.**

### ORDER

On this day came the defendants and moved the Court for a response date of October 18, 2007, by which time all defendants must answer or otherwise respond to the Complaint filed herein against them. It appearing to the Court that good cause exists for said motion, it is hereby

ORDERED that the time by which the defendants must answer or otherwise respond to the Complaint filed against them is hereby designated as October 18, 2007.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: *September 28, 2007*

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE