# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ALAN PETERSEN,

        Plaintiff,

v.                              Civil Action No. 3:06-CV-114

ANDURAY E. WHITE, et al.,

        Defendants.

## ORDER

Upon consideration of the federal Defendant's Motion for Leave to File Brief in Excess of Page Limitations, and for good cause shown therein, it is hereby accordingly

**ORDERED** that the federal Defendant's Memorandum of Law in Support of Motion to Dismiss or for Summary Judgment may exceed the twenty-five page limitation set forth in L.R.Civ.P. 7.0(a).

Date: 10-26-2007

                                            JOHN P. BAILEY
                                            UNITED STATES DISTRICT JUDGE