IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ALLAN PETERSEN,**

    **Plaintiff,**

v.                                                                                                         **Civil Action No. 3:06cv114**
                                                                                                        **(Judge Bailey)**

**ANDURAY E. WHITE, et al.,**

    **Defendants.**

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

For good cause shown, the plaintiff's Motion for Enlargement of Time to Respond to Defendants Motion (dckt. 83) is **GRANTED**. The plaintiff shall have up to, and including, **January 15, 2008**, to file his reply.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* plaintiff.

DATED: January 2, 2008.

                                                       *John S. Kaull*
                                                    JOHN S. KAULL
                                                    UNITED STATES MAGISTRATE JUDGE