IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**ALLAN A. PETERSEN,**

      **Plaintiff,**

v.                            **Civil Case No. 3:06cv114**
                                    **(Judge Bailey)**

**ANDURAY WHITE, et al.,**

      **Defendants.**

## ORDER GRANTING MOTION FOR LEAVE
## TO EXCEED PAGE LIMITATION

For good cause shown, the plaintiff's Motion Requesting Leave to Exceed the Required Page Limit (dckt. 85) is **GRANTED**. The clerk is directed to file the proposed document.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* plaintiff and to send a copy to counsel of record via electronic means.

DATED: January 8, 2008.

*John S. Kaull*

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE